UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SHUNDRIKA DANIEL, | : | |
| | : | 2:11-cv-01503-LMA-SS |
| Plaintiff, | : | |
| | : | |
| v. | : | VOLUNTARY DISMISSAL |
| | : | |
| NORTH AMERICAN RECOVERY , | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF VOLUNTARY DISMISSAL

SHUNDRIKA DANIEL (Plaintiff), by her attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions-Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, NORTH AMERICAN RECOVERY (Defendant), in this case.

RESPECTFULLY SUBMITED

Dated: August 11, 2011            By: /s/ Kelli Denise Mayon

Kelli Denise Mayon
4429 Herrmann Street, Apt. D
Metairie Louisiana 70006

Krohn & Moss, Ltd.
Attn: Ryan Lee
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Ph: 323-988-2400 x 241
Fax: 866-861-1390
Email: rlee@consumerlawcenter.com

## CERTIFICATE OF SERVICE

I, Nathan Adkins, hereby certify that a copy of the foregoing **1) NOTICE OF VOLUNTARY DISMISSAL** was sent via FIRST CLASS MAIL to:

Ronald F. Price
Price Parkinson & Kerr, PLLC
5742 West Harold Gatty Drive
Salt Lake City, Utah 84116
Direct Dial: (801) 530-2964
E-Mail: ronprice@ppktrial.com

Dated: August 11, 2011

Nathan Adkins
Krohn & Moss, Ltd.
10474 Santa Monica Blvd. Suite 401
Los Angeles, CA 90025
T: (323) 988-2400; F: (866) 861-1390
nadkins@consumerlawcenter.com